CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JAN 18 2008

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL F. BOWEN, | ) |
| Plaintiff, | ) Civil Action No. 7:07CV00023 |
| v. | ) FINAL ORDER |
| MICHAEL J. ASTRUE, | ) By: Samuel G. Wilson |
| Commissioner of Social Security, | ) United States District Judge |
| Defendant. | ) |

This case is before the court on the objection of plaintiff, Michael F. Bowen, to the Magistrate Judge's report setting forth proposed findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B). The court has reviewed the administrative record, the Magistrate Judge's report, and plaintiff's objections to that report. The court concludes that the Magistrate Judge's recommendation is correct and adopts that recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** that the final decision of the Commissioner is **AFFIRMED** granting the Commissioner's motion for summary judgment, and this case is **ORDERED** stricken from the docket of the court.

**ENTER**: This January 18, 2008.

_____
UNITED STATES DISTRICT JUDGE